# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE Rose, Tammy M.<br><br>Debtor.<br>Nicole M. Rose and<br>Magdalena Camplin<br><br>Appellant,<br><br>v.<br>O'Neil, John J. Trustee<br><br>Appellee. | BAP No. _____<br><br><br>Bankr. No. 17-21333<br>Adv. No. 18-02022<br>Chapter 7 |

**Designation of Items to be Included in the Record on Appeal**

The Appellants, pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby designates the following items to be included in the record on appeal:

*Document name, number and file date for each designated item:*

1. Documents 1-62   -See attached
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____

12. _____

13. _____

14. _____

15. _____


_____
*Signature*
69 Broad Street
_____
*Address*
Danielson CT 06239
_____
*Address*
860-774-6229
_____
*Phone Number*
brighamkulig@sbcglobal.net
_____
*ECF E-mail Address*

**File with the Bankruptcy Court**
*Note: Attach proof of service on all parties. Fed. R. Bankr. P. 8011(d)(1)(B).*

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed & Entered:* 06/12/2018 | Complaint |
| 2 | *Filed & Entered:* 06/12/2018 | Summons Issued |
| 3 | *Filed & Entered:* 06/12/2018 | Summons Service Executed |
| 4 | *Filed & Entered:* 06/12/2018 | Summons Service Executed |
| 5 | *Filed:* 06/14/2018 *Entered:* 06/15/2018 | BNC Certificate of Mailing |
| 6 | *Filed & Entered:* 08/13/2018 | Request |
| 7 | *Filed & Entered:* 08/13/2018 | Notice of Appearance |
| 8 | *Filed & Entered:* 08/13/2018 | Response |
|  | *Filed & Entered:* 08/16/2018 | Hearing Held |
| 9 | *Filed & Entered:* 08/16/2018 | Order |
| 10 | *Filed & Entered:* 08/16/2018 | Virtual Order Served |
| 11 | *Filed & Entered:* 08/16/2018 | Digital Audio Recording |
| 12 | *Filed & Entered:* 08/28/2018 | Notice of Appearance |
| 13 | *Filed & Entered:* 08/28/2018 | Notice of Appearance |
| 14 | *Filed & Entered:* 09/18/2018 | Notice of Hearing |
| 15 | *Filed & Entered:* 09/26/2018 | Notice of Appearance |
| 16 | *Filed & Entered:* 10/12/2018 *Terminated:* 10/12/2018 | Motion to Continue/Reschedule Hearing |
| 17 | *Filed & Entered:* 10/12/2018 | Order |
|  | *Filed & Entered:* 10/15/2018 | Hearing Continued/Rescheduled |
| 18 | *Filed & Entered:* 10/19/2018 *Terminated:* 10/24/2018 | Motion to Amend Complaint |
| 19 | *Filed & Entered:* 10/23/2018 | Exhibit(s) |
| 20 | *Filed & Entered:* 10/24/2018 | Order on Motion to Amend Complaint |
| 21 | *Filed:* 10/26/2018 *Entered:* 10/27/2018 | BNC Certificate of Mailing - PDF Document |
| 22 | *Filed & Entered:* 11/07/2018 | Amended Complaint |
| 23 | *Filed & Entered:* 11/08/2018 | Exhibit(s) |
| 24 | *Filed & Entered:* 11/08/2018 | Exhibit(s) |
| 25 | *Filed & Entered:* 11/08/2018 | Answer to Complaint |
| 26 | *Filed & Entered:* 11/09/2018 | Order |
|  | *Filed & Entered:* 11/13/2018 | Hearing Held |
| 27 | *Filed & Entered:* 11/13/2018 | Exhibit(s) |

| | | |
|---|---|---|
| 29 | *Filed & Entered:* 11/13/2018 | Exhibit(s) |
| 30 | *Filed & Entered:* 11/13/2018 | Digital Audio Recording |
| 31 | *Filed & Entered:* 11/13/2018 | Digital Audio Recording |
| 48 | *Filed:* 11/13/2018 *Entered:* 03/19/2019 | Court Exhibits |
| 49 | *Filed:* 11/13/2018 *Entered:* 03/19/2019 | Court Exhibits |
| 32 | *Filed & Entered:* 11/29/2018 | Notice |
| 33 | *Filed & Entered:* 12/04/2018 | Findings of Fact and Conclusions of Law |
| 34 | *Filed & Entered:* 12/10/2018 | Notice |
| 35 | *Filed & Entered:* 12/17/2018 | Order |
| 36 | *Filed & Entered:* 12/18/2018 | Statement of Consent |
| 37 | *Filed & Entered:* 12/18/2018 | Findings of Fact and Conclusions of Law |
| 38 | *Filed & Entered:* 12/18/2018 | Certificate of Service |
| 39 | *Filed & Entered:* 01/07/2019 | Reply |
| 40 | *Filed & Entered:* 02/06/2019 | Setting Status Conference |
| 41 | *Filed & Entered:* 02/08/2019 *Terminated:* 02/15/2019 | Motion to Amend Complaint |
| | *Filed & Entered:* 02/14/2019 | Hearing Held |
| 42 | *Filed & Entered:* 02/14/2019 | Digital Audio Recording |
| 43 | *Filed & Entered:* 02/15/2019 | Order on Motion to Amend Complaint |
| 44 | *Filed & Entered:* 02/15/2019 | Amended Complaint |
| 45 | *Filed & Entered:* 02/15/2019 | Order |
| 46 | *Filed & Entered:* 02/15/2019 | Statement of Consent |
| 47 | *Filed:* 02/17/2019 *Entered:* 02/18/2019 | BNC Certificate of Mailing - PDF Document |
| 50 | *Filed & Entered:* 03/26/2019 | Memorandum of Decision and Order |
| 51 | *Filed & Entered:* 03/26/2019 | Notice of Hearing |
| 52 | *Filed:* 03/28/2019 *Entered:* 03/29/2019 | BNC Certificate of Mailing - Hearing |
| 53 | *Filed:* 03/28/2019 *Entered:* 03/29/2019 | BNC Certificate of Mailing - PDF Document |
| 54 | *Filed & Entered:* 04/23/2019 | Hearing Held |
| 55 | *Filed & Entered:* 04/23/2019 | Memorandum of Decision |
| 56 | *Filed & Entered:* 04/23/2019 | Judgment |
| 57 | *Filed & Entered:* 04/23/2019 | Digital Audio Recording |
| 58 | *Filed:* 04/25/2019 *Entered:* 04/26/2019 | BNC Certificate of Mailing - PDF Document |
| 59 | *Filed:* 04/25/2019 *Entered:* 04/26/2019 | BNC Certificate of Mailing - PDF Document |
| | *Filed & Entered:* 05/02/2019 | Auto docket of credit card payment |

| | | | |
|---|---|---|---|
| 60 | Filed & Entered | 05/02/2019 | Notice of Appeal |
| 61 | Filed & Entered: 05/03/2019 | | Transmittal regarding Appeal and/or related documents (USDC) |
| 62 | Filed & Entered: 05/03/2019 | | Notice of Docketing Notice of Appeal and/or Motion for Leave |